James A. BUTLER, Plaintiff—
Appellant,

v.

WARDEN; United States of America,
Defendants—Appellees.

No. 04–6052.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 17, 2004.

Decided Dec. 21, 2004.

James A. Butler, Appellant pro se. Matthew Wayne Mellady, United States Department of Justice, Annapolis Junction, Maryland, for Appellees.

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

James A. Butler appeals the district court's order dismissing his Federal Tort Claims Act suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Butler v. Warden,* No. CA–02–4102–1–WMN (D.Md. Oct. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*